UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs. Case No. 8:11-CR-356-T-30EAJ

ANTONIO LEWIS SMITH
______________________________/

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), M.D. Fla. Rules, and has entered a plea of guilty to Counts One, Two, and Three of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offenses charged is supported by an independent basis in fact containing each of the essential elements of such offenses. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Date: December 5, 2011

ELIZABETH A. JENKINS
United States Magistrate Judge

## NOTICE

Failure to file written objections to the Report and Recommendation within fourteen (14) days from the date of its service shall bar an a aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. Sec. 636(b)(1)(B), Rule 6.02, M.D.Fla. (Rev. 7/29/92). However at the guilty plea hearing, the defendant knowingly and voluntarily waived his right to make any objections because he plead guilty the day of trial.