UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:11-CR-356-T-30EAJ

BIBAL M. FRANCIS
_____/

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, the plea of guilty of the Defendant to Counts One, Two and Three of the Indictment is now accepted and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **February 22, 2012 at 11:00 A.M.** Counsel of record and/or the United States Probation Office shall contact the courtroom deputy should it be anticipated that this hearing will exceed thirty (30) minutes.

**DONE AND ORDERED** at Tampa, Florida this 16th day of December, 2011.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE